IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELBERT MELTON, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:23-cv-638-RAH-SMD |
| ALBERT LOWE, | ) |
| Defendant. | ) |

**ORDER**

This case is before the Court on the Recommendation of the Magistrate Judge entered on April 9, 2024. (Doc. 12.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 1st day of May 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE